TIMOTHY SCHANN RONDEN
NAME
K15872
PRISON NUMBER
CENTINELA STATE PRISON
2302 BROWN RD
IMPERIAL, CA. 92251
CURRENT ADDRESS OR PLACE OF CONFINEMENT
CEN. - C4-116L
PO BOX 921
IMPERIAL, CA. 92251
CITY, STATE, ZIP CODE

2254 ✓ 1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED ORIGINAL
2007 DEC -7 PM 3:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TIMOTHY SCHANN RONDEN,
(FULL NAME OF PETITIONER)
PETITIONER

v.

V.M. ALMAGER,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
RESPONDENT

and

BILL LOCKYEAR,
The Attorney General of the State of California, Additional Respondent.

'07 CV 2298 LAB WMc
Civil No. ___
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS
EVIDENTIARY HEARING REQUESTED
UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: RIV. CO. SUPERIOR COURT / 30755-D AULD RD. DEPT# S303 / MURRIETA, CA. 92563
2. Date of judgment of conviction: MAY 3RD 2004
3. Trial court case number of the judgment of conviction being challenged: PEF006740 RIVERSIDE CO. SUPERIOR COURT
4. Length of sentence: 39 YEARS @ 85%

5. Sentence start date and projected release date: MAY 28TH '04 – DEC. 10TH 2034

6. Offense(s) for which you were convicted or pleaded guilty (all counts): ASSAULT W/ FIREARM (X2) ASSAULT W/ DEADLY WEAPON W/ G.B.I, POSS. OF FIREARM (X3), POSS. OF CONTROLLED SUBSTANCE, AND VEHICULAR BURGLARY

7. What was your plea? (CHECK ONE)
   - (a) Not guilty ☒
   - (b) Guilty ☐
   - (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   - (a) Jury ☒
   - (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the California Court of Appeal?
   ☒ Yes ☐ No

11. If you appealed in the California Court of Appeal, answer the following:
   - (a) Result: JUDGMENT AFFIRMED
   - (b) Date of result, case number and citation, if known: MAY 16TH 2005 – CASE # E036016
   - (c) Grounds raised on direct appeal: THE TRIAL COURT ERRED BY SENTENCING APPELLANT TO CONSECUTIVE AND UPPER TERMS BASED ON FACTS NOT FOUND BY THE JURY BEYOND REASONABLE DOUBT.

12. If you sought further direct review of the decision on appeal by the California Supreme Court (e.g., a Petition for Review), please answer the following:
   - (a) Result: DENIED W/O PREJUDICE PENDING FINALITY OF PEOPLE VS BLACK (05)
   - (b) Date of result, case number and citation, if known: JULY 20TH 2005 – CASE # S134777
   - (c) Grounds raised: THE TRIAL COURT ERRED BY SENTENCING APPELLANT TO CONSECUTIVE AND UPPER TERMS BASED ON FACTS NOT FOUND BY THE JURY BEYOND REASONABLE DOUBT.

13. If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to that petition:

(a) Result: N/A

(b) Date of result, case number and citation, if known: N/A

(c) Grounds raised: N/A

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Superior Court?

☒ Yes ☒ No

15. If your answer to #14 was "Yes," give the following information:

(a) California Superior Court Case Number: N/A

(b) Nature of proceeding:

(c) Grounds raised: N/A

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☐ No

(e) Result: N/A

(f) Date of result:

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Court of Appeal?

☐ Yes ☒ No

17. If your answer to #16 was "Yes," give the following information:

(a) California Court of Appeal Case Number: N/A

(b) Nature of proceeding: 

(c) Grounds raised: N/A

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☐ No

(e) Result: N/A

(f) Date of result: 

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Supreme Court?

☒ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

(a) California Supreme Court Case Number: S145291

(b) Nature of proceeding: WRIT OF HABEAS CORPUS

(c) Grounds raised: THE TRIAL COURT ERRED BY SENTENCING APPELLANT TO CONSECUTIVE AND UPPER TERMS BASED ON FACTS NOT FOUND TO BE TRUE BY THE JURY BEYOND REASONABLE DOUBT.

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☒ No

(e) Result: DENIED

(f) Date of result: OCT. 10TH 2007

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

N/A

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?

☐ Yes ☒ No (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed? CENTRAL DISTRICT

(i) What was the prior case number? ED CV 06-00233 GPS (AN)

(ii) Was the prior action (CHECK ONE):

☐ Denied on the merits?

☒ Dismissed for procedural reasons?

(iii) Date of decision: JUNE 7 2006 (UNEXHAUSTED PETITION)

(b) Were any of the issues in this current petition also raised in the prior federal petition?

☒ Yes ☐ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

☐ Yes ☒ No

CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: THE TRIAL COURT ERRED BY SENTENCING APPELLANT TO UPPER TERMS AND CONSECUTIVE SENTENCES BASED ON FACTS NOT FOUND BY THE JURY TO BE TRUE BEYOND A REASONABLE DOUBT.

Supporting FACTS (state *briefly* without citing cases or law) THE TRIAL COURT IMPOSED THREE UPPER TERMS AND SEVEN CONSECUTIVE SENTENCES. THE COURT IMPOSED UPPER TERMS FOR THE OFFENSE IN COUNT THREE, ASSAULT W/ FIREARM AND THE FIREARM ENHANCEMENTS IN COUNTS THREE AND FOUR. AND ORDERED COUNTS FOUR THROUGH TEN TO RUN CONSECUTIVELY TO THE SENTENCE IN COUNT THREE AND EACHOTHER. THEREFORE, THE SENTENCE VIOLATED APPELLANTS FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS AND A JURY TRIAL. AS NOTED, IN THE INSTANT CASE, THE TRIAL COURT IMPOSED THREE UPPER TERMS AND SEVEN CONSECUTIVE SENTENCES. TO JUSTIFY THOSE AGGRAVATED TERMS, THE COURT CITED THE FOLLOWING SIX FACTORS - APPELLANT ENGAGED IN CRIMINAL ACTS ON THREE SEPERATE AND UNRELATED OCCASIONS, WAS ON PAROLE AT THE TIME OF THE OFFENSES, HAD AN EXTENSIVE CRIMINAL RECORD, WAS ARMED IN EACH INCIDENT, ENGAGED IN VIOLENT CONDUCT THAT POSED A DANGER TO THE PUBLIC, AND HE SERVED PRIOR PRISON TERMS. ADMITTEDLY, THE JURY FOUND ONE OF THOSE FACTORS TRUE - THE APPELLANT WAS ARMED IN EACH INCIDENT. HOWEVER, UNDER CALIFORNIAS SENTENCING SCHEME, APPELLANTS FIREARM POSSESSION MAY NOT BE RELIED UPON AS AN AGGRAVATING SENTENCING FACTOR BECAUSE IT WAS AN ELEMENT OF, AND THE BASIS FOR, GUN USE ENHANCEMENTS IN COUNTS THREE AND FOUR (PEN CODE § 12022.5 (A)(1)) AND THE FIREARM POSSESSION CHARGES IN COUNTS SIX, SEVEN, AND NINE (PEN CODE § 12021 (A)(1)). NONE OF THE OTHER FACTS CITED BY THE COURT WERE (CONTINUED)

Did you raise GROUND ONE in the California Supreme Court?
☒ Yes ☐ No.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: CONTINUED

Supporting FACTS (state *briefly* without citing cases or law) FOUND TRUE BY A JURY. FURTHERMORE, THE TRIAL COURT ERRED IN APPLYING THE WRONG BURDEN OF PROOF. UNDER CALIF. LAW AT THE TIME OF SENTENCING, FACTORS IN AGGRAVATION AND MITIGATION HAD TO BE PROVEN BY A PREPONDERANCE OF THE EVIDENCE. ALTHOUGH THE SENTENCING COURT DID NOT EXPRESSLY STATE WHAT STANDARD OF PROOF IT WAS APPLYING, FROM ITS SILENCE, THIS COURT MUST PRESUME THAT IT APPLIED THE STANDARD IN EFFECT AT THE TIME THE SENTENCING HEARING OCCURRED. THE TRIAL COURTS APPLICATION OF THE PREPONDERANCE STANDARD TO FACTORS USED TO ENHANCE APPELLANTS SENTENCE BEYOND THE "STATUTORY MAXIMUM" VIOLATED APPELLANTS CONSTITUTIONAL RIGHT TO HAVE EACH FACT ESSENTIAL TO HIS PUNISHMENT PROVED BEYOND A REASONABLE DOUBT.

IN DEFINING THE "STATUTORY MAXIMUM" FOR CUNNINGHAM CLAIMS AS THE MIDDLE TERM, THE COURT SAYS: "OUR PRECEDENTS MAKE CLEAR THAT THE STATUTORY MAXIMUM FOR APPRENDI PURPOSES IS THE MAXIMUM SENTENCE A JUDGE MAY IMPOSE SOLELY ON THE BASIS OF THE FACTS REFLECTED IN THE JURY VERDICT OR ADMITTED BY THE DEFENDANT. IN OTHER WORDS, THE RELEVANT STATUTORY MAXIMUM IS NOT THE MAXIMUM SENTENCE THE JUDGE MAY IMPOSE AFTER FINDING ADDITIONAL FACTS, BUT THE MAXIMUM HE MAY IMPOSE WITHOUT ANY ADDITIONAL FINDINGS."

(b) **GROUND TWO**: THE CALIFORNIA SUPREME COURT DENIED MY REQUEST FOR AN EVIDENTIARY HEARING.

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER REQUESTED AN EVIDENTIARY HEARING AT THE STATE HABEAS PROCEEDINGS, AND THE COURT TO WHICH HE APPLIED RULED WITHOUT GRANTING AN EVIDENTIARY HEARING. AS A RESULT, (1) PETITIONER/APPELLANT IS ENTITLED TO AN EVIDENTIARY HEARING IN THIS COURT BEFORE THE COURT CAN MAKE ANY CREDIBILITY DETERMINATIONS ON THE FACTS ALLEGED IN THE PETITION AND SUPPORTING EXIBITS; AND (2) ANY CONTROVERTED "FACTS" FOUND BY THE STATE COURT WHILE DENYING A REQUEST FOR AN EVIDENTIARY HEARING NECCESSARILY RESULT FROM AN "UNREASONABLE DETERMINATION" OF THE FACTS, AND HENCE ARE NOT ENTITLED TO ANY PRESUMPTION OF CORRECTNESS.

**Did you raise GROUND TWO in the California Supreme Court?**

☒ Yes ☐ No.

(c) **GROUND THREE**: N/A

Supporting **FACTS** (state *briefly* without citing cases or law): N/A

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

(d) **GROUND FOUR**: N/A

Supporting **FACTS** (state *briefly* without citing cases or law): N/A

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

24. If your answer to #23 is "Yes," give the following information:
(a) Name of Court: N/A
(b) Case Number: ______
(c) Date action filed: ______
(d) Nature of proceeding: ______
(e) Grounds raised: ______
(f) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing: MICHAEL SCHAFF (RIVERSIDE CO.)
(b) At arraignment and plea: MICHAEL SCHAFF (RIVERSIDE CO.)
(c) At trial: JEFF ZIMEL ESQ. / 30755-D AULD RD. ST# 2233 / MURRIETA, CA. 92563
(d) At sentencing: JEFF ZIMEL ESQ. (SAME AS ABOVE)
(e) On appeal: DAVID L. POLSKY PO BOX 118/ASHFORD, CT. 06278
(f) In any post-conviction proceeding: DAVID L. POLSKY (SAME AS ABOVE)
(g) On appeal from any adverse ruling in a post-conviction proceeding: DAVID L. POLSKY (SAME AS ABOVE)

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

(a) If so, give name and location of court that imposed sentence to be served in the future:
N/A

(b) Give date and length of the future sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court:
DEC. 3RD 2007

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

______________________________
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12"03"07 (DATE)

[signature] SIGNATURE OF PETITIONER

| Short Title: TIMOTHY SCHANN ROWDEN / APPELLANT | Court Case No: |
|---|---|

# Proof of Service By Mail

I am over the age of 18 and a party/not a party (mark one out) to the cause.

I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify): CENTINELA STATE PRISON (I.D. # K15872
2302 BROWN ROAD
P.O. BOX 921
IMPERIAL, CA 92251

I served the attached: WRIT OF HABEAS CORPUS / MOTION TO PROCEED IN FORMA PAUPERIS

By enclosing true copies in a sealed envelope addressed to each person whose name and address is given below and depositing the envelopes in the United States mail with the postage fully prepaid. in the County of Imperial.

Date of deposit: 12"03"07, 2007

NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

CLERK OF U.S. DISTRICT COURT
ROOM 4290
880 FRONT STREET
SAN DIEGO, CA 92101-8900

I certify under penalty of perjury that the foregoing is true and correct.

DATE: DECEMBER 3RD 2007

TIMOTHY SCHANN ROWDEN
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF DECLARANT)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ✓ 1983
FILING FEE PAID Yes ___ No ✓
IFP MOTION FILED Yes ✓ No
COPIES SENT TO Court ✓ ProSe

FILED
2007 DEC -7 PM 3:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ... DEPUTY

**I (a) PLAINTIFFS**

**Timothy Schawn Rowden**

**DEFENDANTS**

**Almager, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Timothy Schawn Rowden**
**PO Box 921**
**Imperial, CA 92251**
**K-15872**

**ATTORNEYS (IF KNOWN)**

'07 CV 2298 LAB WMc

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
☐ Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Eiectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☒ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE December 7, 2007 ~~SIGNATURE OF ATTORNEY OF RECORD~~ [signature]