TIMOTHY SCHAWN ROWDEN
PLAINTIFF/PETITIONER/MOVANT'S NAME
K15872
PRISON NUMBER
CENTINELA STATE PRISON
2302 BROWN RD
IMPERIAL, CA. 92251
PLACE OF CONFINEMENT
CEN - C4 - 116L
PO BOX 921
IMPERIAL, CA. 92251
ADDRESS

ORIGINAL

FILED
2007 DEC -7 PM 3:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

2254 ✓ 1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court

TIMOTHY SCHAWN ROWDEN,
Plaintiff/Petitioner/Movant

v.

V.M. ALMAGER (WARDEN),
Defendant/Respondent

Civil No. '07 CV 2298 LAB WMc
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, TIMOTHY SCHAWN ROWDEN,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration CENTINELA STATE PRISON, IMPERIAL, CALIF.
   Are you employed at the institution? ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. FEB. 2001 (ON OR ABOUT) - 15.00 PER HR. AT "ADVANCED COMPOSITES ENGINEERING" IN TEMECULA, CA. - JOE ALBERTELLI, OWNER/EMPLOYER - AVERAGE TAKE HOME WAGES ABOUT $800.00 PER 2 WEEK PAY PERIOD.

3. In the past twelve months have you received any money from any of the following sources?:

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. N/A

4. Do you have any checking account(s)? ☐ Yes ☒ No

   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No

   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No

   a. Make: Year: Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): RESTITUTION IN THE AMOUNTS OF, $200.00, $800.00, $1,000.00, (SAN DIEGO CO.) — $10,000.00 (RIVERSIDE CO.) — AND, $200.00 (SAN BERNARDINO CO.)

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. DAY TO DAY EXPENSES PAID BY DEPT. OF CORRECTIONS/REHABILITATION IN THE STATE OF CALIFORNIA AT CENTINELA STATE PRISON / IMPERIAL, CA. 92251

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DECEMBER 3RD 2007
DATE

[signature]
SIGNATURE OF APPLICANT

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant ROWDEN, TIMOTHY SCHAWN,
(NAME OF INMATE)

#K15872,
(INMATE'S CDC NUMBER)

has the sum of $ 4.21 on account to his/her credit at

CENTINELA STATE PRISON.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities Ø

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ 17.54,

and the ***average monthly deposits*** to the applicant's account was $ 10.36.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

12-4-2007
DATE

Gracie Rojas
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

Gracie Rojas
OFFICER'S FULL NAME (PRINTED)

Account Clerk II
OFFICER'S TITLE/RANK

**TRUST ACCOUNT WITHDRAWAL AUTHORIZATION**
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, TIMOTHY SCHANN BOWDEN #K15872, (Name of Prisoner/ CDC No.) request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DECEMBER 3RD 2007
DATE

[signature]
SIGNATURE OF PRISONER

REPORT ID: TS3030 .701 REPORT DATE: 12/04/0
PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU DEC. 04, 2007

ACCOUNT NUMBER : K15872 BED/CELL NUMBER: FCB4T1000000116L
ACCOUNT NAME : ROWDEN, TIMOTHY SCHAWN ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 09/26 | D320 | TRUST FUNDS T | 1854 HDSP | | 62.15 | | 62.15 |
| 10/09 | FC03 | DRAW-FAC 3 | 2116 FAC C | | | 30.00 | 32.15 |
| 10/16 | W521 | FUND RAISER C | 2309 PHOTO | | | 17.00 | 15.15 |
| 10/17 | W501 | SHIPPING CHAR | 2332 GSO | | | 10.94 | 4.21 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/22/96 CASE NUMBER: SCN043272
COUNTY CODE: SD FINE AMOUNT: $ 800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 09/01/2007 | | BEGINNING BALANCE | | 792.90 |
| 09/08/07 | SU01 | SYS TRNSF - POS | 238.86- | 554.04 |
| 09/08/07 | SU03 | SYS UPDATE - POS | 50.00- | 504.04 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 62.15 | 57.94 | 4.21 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE

CURRENT AVAILABLE BALANCE
4.21

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU DEC. 04, 2007

ACCT: K15872 ACCT NAME: ROWDEN, TIMOTHY SCHAWN ACCT TYPE: T

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 1.32 | 60.78 | 62.10 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU DEC. 04, 2007

ACCOUNT NUMBER : K15872 BED/CELL NUMBER:
ACCOUNT NAME : ROWDEN, TIMOTHY SCHAWN ACCOUNT TYPE: T
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/01/2007 | | BEGINNING BALANCE | | | | | 1.32 |
| 05/03 | *VD54 | INMATE PAYROL | 18 3758 04 | | 4.14 | | 5.46 |
| 05/17 | FR01 | CANTEEN RETUR | 603940 | | | 0.05- | 5.51 |
| 06/07 | *VD54 | INMATE PAYROL | 18 4166 05 | | 2.11 | | 7.62 |
| 07/05 | *VD54 | INMATE PAYROL | 18 0025 06 | | 1.30 | | 8.92 |
| 08/02 | *VD54 | INMATE PAYROL | 21 0460 07 | | 2.46 | | 11.38 |
| 09/05 | *VD54 | INMATE PAYROL | 21 0990 08 | | 5.77 | | 17.15 |
| 09/07 | *DD30 | CASH DEPOSIT | 1029 3594 | | 45.00 | | 62.15 |
| 09/17 | W610 | TRANSFER OF T | 1174 CEN | 212048537 | | 62.15 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/22/96 CASE NUMBER: SCN043272
COUNTY CODE: SD FINE AMOUNT: $ 800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 05/01/2007 | | BEGINNING BALANCE | | 571.54 |
| 05/03/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 4.59- | 566.95 |
| 06/07/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 2.34- | 564.61 |
| 07/05/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 1.44- | 563.17 |
| 08/02/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 2.73- | 560.44 |
| 09/05/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 6.40- | 554.04 |
| 09/07/07 | DR30 | REST DED-CASH DEPOSIT | 50.00- | 504.04 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

THE WITHIN [illegible] IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [illegible]
TRUST OFFICE